MANFRED W. EHRICH, as Trustee in Bankruptcy, etc., Appellant, v. WALTER S. HUMPHREYS, Respondent, Impleaded with Another, Defendant.— Orders reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars

costs, on the authority of *Netograph Manufacturing Co.* v. *Scrugham* (197 N. Y. 377) and *Dwelle* v. *Allen* (151 App. Div. 717). Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

BENJAMIN L. GREY, Respondent, v. LOUNSBURY-SOULE COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

HENRY BORENSTEIN, Respondent, v. G. SCHEEL & Co., Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.